IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 23-CA-002473

ROBERT PAULY and SANDRA PAULY,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiffs, ROBERT PAULY and SANDRA PAULY ("Pauly"), by and through undersigned counsel, hereby file this Complaint against the Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST ("Hartford"), and allege as follows:

1. This is an action for damages in excess of Fifty Thousand ($50,000.00) Dollars, exclusive of interest, attorneys' fees and costs.

2. At all times material hereto, Plaintiffs Pauly were residents of Lee County, Florida, and are otherwise *sui juris*.

3. At all times material hereto, Defendant Hartford was a corporation licensed to and conducting business in the state of Florida, including Lee County.

4. Venue is proper in Lee County, Florida.

*Complaint and Request for Jury Trial*

## FACTUAL BACKGROUND

5. The parties entered into an insurance contract, bearing Policy Number 55RBA774669, Claim Number PP0019554238 that was in full force and effect at the time of the subject date of loss. Hartford is in possession of a full and complete copy of the subject policy.

6. At all times material hereto, the above-referenced policy of insurance provided coverage for property damage for the property owned by Plaintiffs Pauly and listed in the Property Coverage Schedule, including endorsements thereto, to wit: 2051 S.E. 20TH Lane, Cape Coral, Florida 33990-4750.

7. On or about September 28, 2022, Plaintiffs Pauly sustained damage to their property listed in the Property Coverage Schedule, including endorsements thereto, as a result of Hurricane Ian. The property consists of a single-family home. Plaintiffs Pauly promptly provided notice of the loss to Defendant Hartford.

8. Plaintiffs Pauly hired a professional to assist with evaluating the scope of damages and cost of repairs. In addition Defendant Hartford sent an inspector to examine the loss at Plaintiffs' home and after seeing the loss and damage, declined to pay the full value of the claim.

9. Defendant Hartford has repeatedly failed and refused to fully compensate Plaintiffs Pauly for their damages that are covered under the contract of insurance.

10. The damage to Plaintiffs' residence was caused by Hurricane Ian and is covered under the terms and conditions of the insurance policy issued to them by Defendant Hartford.

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • EMAIL inquiry@mmlawmiami.com

*Complaint and Request for Jury Trial*

11. Defendant Hartford has failed and/or refused to pay the full value of the covered claim.

12. All conditions precedent to bringing this action and to recover under the aforementioned policy have been performed by Plaintiffs Pauly or have otherwise been waived by Defendant Hartford.

13. As a further direct and proximate cause of Defendant's conduct, Plaintiffs Pauly have been obligated to retain the undersigned counsel to bring this action and have agreed to pay the undersigned counsel a reasonable fee for services rendered. Pursuant to Florida Statute § 627.70152 and others, Plaintiffs Pauly are entitled to recover said attorneys' fees and costs from Defendant Hartford.

## COUNT I - BREACH OF CONTRACT

Plaintiffs Pauly restate, reallege and adopt the allegations set forth in paragraphs 1 through 13 above as if fully restated herein and further allege as follows:

14. Despite the clear obligation to pay Plaintiffs Pauly for the entirety of their losses due to the Hurricane and resulting damage to their property, Defendant Hartford has failed to pay Plaintiffs Pauly for their losses covered under the policy of insurance herein, and/or refuses to make said payments, and thus Defendant Hartford is in breach of the policy of insurance.

15. As a further direct and proximate cause of Defendant's conduct, Plaintiffs Pauly have been obligated to retain the undersigned counsel to bring this action and have agreed to pay the undersigned counsel a reasonable fee for services. Pursuant to

*Complaint and Request for Jury Trial*

Florida Statute § 627.70152 and others, Plaintiffs Pauly are entitled to recover said attorneys' fees and costs from Defendant Hartford.

WHEREFORE, Plaintiffs Pauly demand judgment for damages, including but not limited to property damages, attorneys' fees, costs and prejudgment interest against Defendant Hartford.

### REQUEST FOR JURY TRIAL

Plaintiffs Pauly hereby request a trial by jury of all issues so triable as a matter of right.

Respectfully submitted on March 20, 2023.

/s/ John E. Hughes, III
John E. Hughes, III, Esquire
Primary:     eservice@mmlawmiami.com
Secondary:   jhughes@mmlawmiami.com
Secondary:   rmalpert@mmlawmiami.com
Florida Bar No. 0181099
McLUSKEY, McDONALD & HUGHES, P.A.
Attorneys for Plaintiffs
The Barrister Building
8821 S.W. 69th Court
Miami, FL   33156
305-670-2020 Telephone
305-662-6164 Fax
