UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISON

ROBERT PAULY and SANDRA PAULY,

    Plaintiffs,

v.                                      Case No.: 2:23-cv-259- SPC-KCD

HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

    Defendant.

_____/

## NON-PARTY TARIK MAKKAOUI'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS'S OPPOSITION TO NON-PARTY TARIK MAKKAOUI'S MOTION TO QUASH SUBPOENA

    Non-Party TARIK MAKKAOUI, by and through his undersigned counsel, McCoy Leavitt Laskey LLC, requests leave of this Honorable Court to file a three-page reply to Plaintiffs' Response in Opposition to Non-Party Tarik Makkaoui's Motion to Quash Subpoena. In support of his motion, Makkaoui states as follows:

    1.    "No party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave." M.D. Fla. Local Rule 3.01(c) "A motion requesting leave to file . . . a reply or further memorandum shall not exceed three (3) pages, [and] shall specify the length of the proposed filing." M.D. Fla. Local Rule 3.01(d). "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, No. 2:09-CV-537-FTM-29, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011).

    2.    Makkaoui's reply brief seeks to rebut the following new legal and fact issues presented in Plaintiffs' Response in Opposition to Defendant's Motion to Quash Subpoena (the "Opposition")

3. First, Plaintiffs' Opposition argues that Makkaoui, a professional engineer who performed a damages evaluation of Plaintiffs' home, is not an "expert" but rather is a "critical factual witness." (ECF No. 34, at 14.) The requested reply will rebut Plaintiffs' argument through a discussion of the law, including Federal Rule of Evidence 701, distinguishing between fact and expert witnesses. The discussion will also rebut Plaintiffs' reading of the protections afforded a non-testifying, consulting witness under FRCP 26(b)(4)(D).

4. Second, Makkaoui seeks to address in the reply brief Makkaoui's fees proposed in Plaintiffs' Opposition, as the parties have had continued negotiations on Makkaoui's fees.

5. The proposed reply brief will be three (3) pages.

WHEREFORE, Makkaoui respectfully requests that he be granted leave to file a reply in accordance with this motion.

MCCOY LEAVITT LASKEY LLC<br>
Counsel for Non-Party TARIK MAKKAOUI

Dated:  September 1, 2023          By    */s/ Nicholas D. Harken*
                                         Nicholas D. Harken
                                         Florida bar No. 1013522
                                         13241 Bartram Park Blvd., Suite 614
                                         Jacksonville, FL  32258
                                         Phone: 904-780-0100
                                         Fax: 262-522-7020
                                         nharken@mlllaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing was served on all counsel of record through the Court's eFiling portal on this 1st day of September, 2023.

          */s/ Nicholas D. Harken*
          Nicholas D. Harken